IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT J. HINES, | ) | CIVIL ACTION NO. 07-00594 |
| Plaintiff, | ) | |
| | ) | Judge Gary L. Lancaster |
| vs. | ) | |
| | ) | |
| THE TOWNSHIP OF HARRISON, | ) | |
| PENNSYLVANIA, | ) | JURY TRIAL DEMANDED |
| Defendant. | ) | |
| | ) | |

## ORDER

AND NOW, this 11th day of January, 2008, it is hereby ORDERED that discovery shall be stayed until February 25, 2008. In the event that the parties have not reached a settlement agreement on or before said date, discovery shall close on April 25, 2008, and a post-status discovery conference shall be held on May 14, 2008. at 4:30 PM. THERE WILL BE NO FURTHER EXTENSION GRANTED.

BY THE COURT:


_____, J.

559418-1